```
IN THE UNITED STATES DISTRICT COURT
 FOR THE WESTERN DISTRICT OF TENNESSEE
             WESTERN DIVISION
```

| | |
|---|---|
| **IVAN ZAVADA** )<br>)<br>    **Plaintiff,** )<br>)<br>**v.** )<br>)<br>**US FOODS, INC.,** )<br>)<br>    **Defendant.** ) | No. 22-cv-02229-SHM-tmp |

**TRANSFER ORDER**

The above case is hereby transferred to another United States Magistrate Judge, randomly assigned by the Clerk of Court as referral judge for further references and assignments.

In order to maintain parity among the judges, the Magistrate Judge assigned this case may transfer a similar case to the undersigned. The Clerk is directed to take the appropriate action to reassign this case.

IT IS SO ORDERED.

                                       s/Tu M. Pham
                                       TU M. PHAM
                                       Chief United States Magistrate Judge

                                       April 22, 2024
                                       Date